**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABSOLUTE ACTIVIST VALUE MASTER FUND LIMITED, ET AL., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>SUSAN ELAINE DEVINE, <br><br>　　　　Defendant. | Case No.  15-mc-80308-JCS <br><br>**ORDER SETTING BRIEFING SCHEDULE** <br><br>Re: Dkt. No. 1 |

On December 11, 2015, Petitioners Isabella Devine and Conrad Homm, filed a Motion for Protective Order, and to Quash Subpoena Duces Tecum Directed to Collins & Associates (the "Motion").

IT IS HEREBY ORDERED THAT the opposition to the Motion shall be filed and served on or before **January 8, 2016.**  Any reply brief shall be filed and served on or before **January 15, 2016.** Upon the filing of the reply brief the Court will determine what future proceedings, if any, are necessary.  The parties shall address, in addition to all other issues, whether this Motion should be transferred to the Middle District of Florida pursuant to Federal Rules of Civil Procedure 45.

　　　IT IS SO ORDERED.

Dated: December 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge